UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DR. NATHEN BAKER,

Plaintiff,

v.

WILLIAM H. GATES, et al.,

Defendants.

Case No. C18-59-JCC

ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND GRANTING LEAVE TO AMEND

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is DENIED. Plaintiff's application is deficient because he failed to comply with LCR 3(b) by sufficiently answering all of the questions on the IFP affidavit approved for use in this district. Specifically, plaintiff failed to fully complete Questions 1-6. This information is necessary for the Court to determine whether plaintiff financially qualifies to bring this action without paying the applicable filing fee.

ORDER - 1

(2) Plaintiff is GRANTED LEAVE TO AMEND his IFP and shall have **30 days** from the date of this Order to correct the deficiencies. Plaintiff is advised that this case may be subject to dismissal if he does not respond to this Order or fails to correct the deficiencies described above.

(3) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 23rd day of January, 2018.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2