UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. NATHEN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM H. GATES, et al.,<br><br>Defendants. | Case No. C18-59-JCC<br><br>REPORT AND RECOMMENDATION |

Plaintiff, proceeding *pro se*, filed a proposed complaint in the above-entitled action on January 16, 2018, along with a motion to proceed *in forma pauperis* ("IFP"). Dkt. 1. By Order dated January 23, 2018, the undersigned advised plaintiff that his motion did not comply with the local rules because he did not sufficiently answer all of the questions on the IFP affidavit approved for use in this district. Dkt. 3 at 1. As a result, the Court could not determine whether plaintiff financially qualifies to bring this action without paying the applicable filing fee. *Id.* Plaintiff was advised that the case would be subject to dismissal if he did not fail to correct the deficiencies within thirty (30) days. *Id.* at 2.

To date, plaintiff has failed to pay the filing fee or submit a completed IFP application. As plaintiff has had ample time to correct these deficiencies, but has failed to do so, this Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION
PAGE - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk
2  and served upon all parties to this suit by no later than **March 19, 2018**.  Failure to file
3  objections within the specified time may affect your right to appeal.  Objections should be
4  noted for consideration on the District Judge's motion calendar for the third Friday after they
5  are filed.  Responses to objections may be filed within **fourteen (14)** days after service of
6  objections.  If no timely objections are filed, the matter will be ready for consideration by the
7  District Judge on **March 23, 2018**.

8  This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
9  seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
10 assigned District Judge acts on this Report and Recommendation.

11 DATED this 26th day of February, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2