THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DR. NATHEN BAKER, | CASE NO. C18-0059-JCC |
| Plaintiff, | ORDER |
| v. | |
| WILLIAM H. GATES, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 4), the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Report and Recommendation (Dkt. No. 9) is ADOPTED and APPROVED;

(2) This action is DISMISSED without prejudice;

(3) The Clerk of the Court is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

//

//

//

//

DATED this 26th day of March 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE